# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.   NO. 4:06CR00142-001  SWW | |
| STEVE ANTHONY AULT | DEFENDANT |

### ORDER

Pending before the Court is defendant's motion to modify conditions of supervised release [doc #87]. After a review of the pleading, the Court is of the opinion that a response by the government would facilitate the resolution of this motion. The Court therefore directs the government to respond to the pleading on or before twenty days after the date of entry of this Order.

IT IS SO ORDERED this 15th day of September 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE