# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.  NO. 4:06CR00142-001 SWW | |
| STEVEN ANTHONY AULT | DEFENDANT |

## **ORDER**

Before the Court is the government's petition to revoke defendant's supervised release and a request that a summons be issued for the hearing [doc #91] as to the above-named defendant.

A hearing is scheduled on ***THURSDAY, OCTOBER 16, 2014 AT 2:00 P.M. in Courtroom #389***, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to issue a summons for ***Steven Anthony Ault***, and the United States Marshal is directed to serve the summons in this matter upon defendant.

IT IS SO ORDERED this 30th day of September 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE