# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                    NO.  4:06CR00142-001 SWW

STEVE ANTHONY AULT                                                    DEFENDANT

## ORDER

Pending before the Court is the government's motion to dismiss the revocation petition against the above named defendant in this matter. For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to dismiss the pending petition to revoke supervised release [doc #99] is **granted**. The motion to revoke supervised release [doc #91] is **dismissed without prejudice** and the hearing previously scheduled Tuesday, December 16, 2014 at 1:00 p.m. is canceled.

DATED this 11th day of December 2014.

/s/Susan Webber Wright
United States District Judge